**Order entered September 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00136-CR

## RICHARD EARL DRIVER, JR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80032-2013**

## ORDER

The Court has before it appellant's September 2, 2014 motion to substitute Mitchell Nolte as appellant's appointed attorney in place of Danette Alvarado. In the motion, counsel states that Ms. Alvarado is now employed by the Collin County District Attorney's Office. Mr. Mitchell does not ask to be permitted to file a new brief on appellant's behalf.

We **GRANT** the motion. We **DIRECT** the Clerk to substitute Mitchell Nolte as appellant's attorney in place of Danette Alvarado.

The appeals are at issue and will be set for submission in due course.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE